# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 2, 2014

_____

DOCKET CORRECTION NOTICE
_____

No. 14-4602,    US v. Justin Strom
              1:12-cr-00159-JCC-1

TO:    Marc Birnbaum

FILING CORRECTION DUE:  December 3, 2014

Please make the filing correction identified and refile the document by the date indicated.

---

[X] Incorrect event used. Please refile the document using [BRIEF (all formal, non-sealed briefs/electronic & paper form)], then select "Response" as the type of brief within the entry. This event is found under the "Briefing Documents" event category.

---

[ ] Incorrect filer selected. Please refile document, selecting correct filer.

---

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

---

[ ] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

---

[ ] Document requires signature. Please sign and refile the document.

---

Amy L. Carlheim, Deputy Clerk
804-916-2702